*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

FILED 1/26/17
District of Columbia
Court of Appeals

*Julio Castillo*
Clerk of Court

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 16-BG-1204**

IN RE: PATRICK J. CHRISTMAS, JR.,
                                                              Respondent.

**Bar Registration No.  85985**                              **DDN: 376-16**

BEFORE:  Blackburne-Rigsby, Associate Judge, and Pryor and Farrell, Senior
           Judges.

**ORDER**
(Filed – January 26, 2017)

On consideration of the certified order changing respondent's status to practice law in the state of Maryland to inactive by consent, this court's December 22, 2016, order suspending respondent and directing him to show cause why he should not be indefinitely suspended pursuant to a disability suspension under D.C. Bar R. XI § 13, and the statement of respondent wherein he consents to the imposition of an indefinite suspension due to disability, it is

ORDERED that Patrick J. Christmas is hereby indefinitely suspended from the practice of law in the District of Columbia pursuant to D.C. Bar R. XI § 13.  It is

FURTHER ORDERED that respondent's attention is directed to the requirements of D.C. Bar R. XI § 13 (g) for reinstatement, as well as D.C. Bar R. XI § 14 relating to suspended attorneys and to the provisions of Rule XI § 16 (c) dealing with the timing of eligibility for reinstatement as related to compliance with D.C. Bar R. XI § 14, including the filing of the required affidavit.

**PER CURIAM**